UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| AMANDA FOSTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DELLS NURSING AND REHAB CENTER, INC.,<br><br>　　　　　Defendant. | 4:20-CV-04150-KES<br><br><br><br>JUDGMENT |

Under the plaintiff's motion for dismissal (Docket 10), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated April 12, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE